FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAY 23 AM 9: 32

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR 207-66 |
| | ) |
| v. | ) VIOLATIONS |
| | ) |
| STEPHANIE NARANJO, | ) 21 U.S.C. § 846 |
| a.k.a. "STURM LABS" | ) Conspiracy to Distribute, and |
| | ) Possess with Intent to Distribute |
| Defendant | ) Anabolic Steroids |
| | ) |
| | ) 21 U.S.C. § 841 (a)(1) |
| | ) Distribution of Anabolic Steroids |

## ORDER

The Government having moved the court to dismiss all charges in the instant Indictment, with prejudice, it is hereby

ORDERED, ADJUDGED, and DECREED that said motion is GRANTED and the charges against defendant STEPHANIE NARANJO in the Indictment in the above matter are hereby dismissed, with prejudice.

SO ORDERED this 23 day of May, 2008.

_____
HON. ANTHONY A. ALAIMO
JUDGE
UNITED STATES DISTRICT COURT